UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                          Criminal No. 07-cr-252-01,02-JD

Eduardo K. Fernandez-Avalos, et al

O R D E R

The joint assented to motion to reschedule jury trial (document no. 22) filed by defendant Maria C. Rosario is granted.

Defendants shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date:  February 27, 2008

cc:  Martin Leppo, Esq.
     Paul Twomey, Esq.
     Steven M. Gordon, Esq.
     Mark Irish, Esq.
     U.S. Marshal
     U.S. Probation