UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 07-cr-252-01-02-JD

<u>Eduardo K. Fernandez-Avalos</u>
<u>Maria C. Rosario</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 33) filed by the government is granted.  Trial is to be rescheduled for August 5, 2008.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                          */s/ Joseph A. DiClerico, Jr.*
                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge

Date: July 14, 2008


cc:  Mark Irish, Esq.
     Steven Gordon, Esq.
     Paul Twomey, Esq.
     U.S. Marshal
     U.S. Probation